AO 91 (Rev. 08/09) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | |
|---|---|
| United States of America<br>v.<br><br>KEITH ERIC CHRISTIAN,<br><br>*Defendant(s)* | )<br>)<br>)  Case No.  20-MJ-6660-AOV<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of  December 10, 2020  in the county of  Broward  in the Southern District of Florida, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 922(g)(1) | Possession of a Firearm and Ammunition by a Convicted Felon |

This criminal complaint is based on these facts:
See attached affidavit.

☑ Continued on the attached sheet.

*Complainant's signature*

Arthur G. Hayes, Special Agent, ATF
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by FaceTime on this 16th day of December, 2020.

*Judge's signature*

City and state:  Fort Lauderdale, Florida    Alicia O. Valle, United States Magistrate Judge
*Printed name and title*

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Arthur G. Hayes, being duly sworn, depose and state as follows:

### INTRODUCTION AND OFFICER BACKGROUND

1.  I am a Special Agent with the Bureau of Alcohol, Tobacco, Firearms and Explosives ("ATF") and have been so employed since March 2016. I am currently assigned to the High Intensity Drug Trafficking Area ("HIDTA") North Field Office in the Miami Field Division. I attended the Federal Law Enforcement Training Center where I completed both the Criminal Investigator Training Program and ATF Special Agent Basic Training. As an ATF Special Agent, my responsibilities include participation in investigations involving a variety of federal crimes in violation of the United States Code including, but not limited to, federal firearms offenses in violation of Title 18, and federal controlled substance offenses in violation of Title 21. I am a "federal law enforcement officer" as defined by Rule 41(a)(2)(C) of the Federal Rules of Criminal Procedure. I have participated in investigations of state and federal firearms violations, illegal narcotics trafficking, illegal domestic and international firearms trafficking, and armed drug trafficking. As a result of my training and experience as a Special Agent, I am familiar with federal criminal firearm statutes, specifically 18 U.S.C. § 922(g)(1).

2.  I make this Affidavit in order to establish probable cause to believe that on or about December 10, 2020, in the Southern District of Florida, **Keith Eric Christian (hereinafter, "CHRISTIAN")**, did knowingly and unlawfully possess a firearm and ammunition in and affecting interstate and foreign commerce, knowing that he had been previously convicted of a crime punishable by imprisonment for a term exceeding one year, in violation of Title 18, United States Code, Section 922(g)(1).

3.  This Affidavit is based on my personal investigation and investigation by others, including federal and local law enforcement officials whom I know to be reliable and trustworthy.

1

The facts contained herein have been obtained by interviewing witnesses and examining documents obtained in the course of the investigation as well as through other means. This Affidavit does not include every fact known to me about this investigation, but rather only those facts sufficient to establish probable cause.

## PROBABLE CAUSE

4. On or about December 10, 2020, at approximately 9:30 a.m., the Florida Department of Corrections Probation and Parole ("Probation Officer") were conducting a probationary search on a probationary offender, identified as Keith Eric CHRISTIAN ("CHRISTIAN"), who resides at 408 Southwest 9th Street, Unit #1, Hallandale Beach, Florida 33009. CHRISTIAN is currently on felony probation and a special condition of CHRISTIAN's probation is that he be subjected to administrative searches, at random, by FDOC's Probation Office.

5. In executing their administrative search, the Probation Officer requested law enforcement assistance to stand by for officer safety.

6. During the administrative search of CHRISTIAN's residence, the Probation Officer observed, in plain view, one (1) Glock, Model 19, 9mm pistol, located on the nightstand in the master bedroom, in the southeast region of the residence. CHRISTIAN was the sole occupant inside of the residence at the time of the administrative search. Upon finding the firearm, CHRISTIAN spontaneously uttered that he was the only occupant who resides at the residence.

7. The Probation Officer also located the following items inside of the master bedroom closet:

    a. A Springfield XD pistol magazine containing ammunition; and

    b. One (1) box of ammunition

8. On or about December 10, 2020, the same day as the administrative search, the Honorable Magistrate Judge Lurana S. Snow granted a Search Warrant (20-MJ-6638-SNOW) of CHRISTIAN's residence based on the recovery of the firearm. Agents executed the Search Warrant and recovered the firearm and ammunition, taking the items into federal custody.

9. CHRISTIAN waived his *Miranda* rights and agreed to speak with law enforcement. Post *Miranda*, CHRISTIAN acknowledged the firearm recovered from his master bedroom and advised that it was provided to him by a friend. CHRISTIAN further admitted to knowing that he was a convicted felon, prohibited from possessing firearms and ammunition. CHRISTIAN stated that he uses the firearm for protection and that he would "rather be judged by 12 than carried by 6."

10. A criminal history records check revealed that, prior to December 10, 2020, CHRISTIAN had been convicted of one or more crimes punishable by imprisonment exceeding one year (felony offenses). Specifically, CHRISTIAN was convicted of attempted second-degree murder in 2018. CHRISTIAN has not had his right to possess a firearm or ammunition restored.

11. Based on my training and experience, your Affiant confirmed that the firearm and ammunition, by description in this case, were manufactured outside of the State of Florida. Therefore, it is my opinion that if the above described firearm and ammunition were received and/or possessed in the State of Florida, then the firearm and ammunition traveled in interstate and/or foreign commerce.

## CONCLUSION

12. Based on the foregoing facts, I respectfully submit that there is probable cause to believe that on or about December 10, 2020, Keith Eric Christian, did knowingly and unlawfully possess a firearm and ammunition affecting interstate and foreign commerce, knowing that he had

3

previously been convicted of a crime punishable by imprisonment for a term exceeding one year, in violation in violation of Title 18, United States Code, Section 922(g)(1).

**FURTHER YOUR AFFIANT SAYETH NOT.**

Respectfully submitted,

Arthur G. Hayes, Special Agent
Bureau of Alcohol, Tobacco, Firearms and Explosives

Attested to by the applicant in accordance with
the requirements of Fed. R. Crim. P. 4.1 by
FaceTime on this  16th day of December, 2020.

ALICIA O. VALLE
UNITED STATES MAGISTRATE JUDGE

4